# EXHIBIT B-3

CONFIDENTIAL

**COPY**

# ISOLATION LIST #42

Prepared By: Patton
Checked By:

Date: 9/19/14
Area/Plant: PE 8

Electrical Isolation Points Prepared By: Dave Johnson
Isolated Equipment: IL#42 Pellet Transfer and Loadout
Specific Work Scope Description: New Loadout Airlock System and north side Loadout System

Electrical Isolation Points Checked By: _____
LOCK BOX #: _____
CARSEAL #: #42

Hazardous Energy Being Isolated:
☐ Electrical  ☐ Mechanical  ☐ Hydraulic  ☐ Pneumatic  ☐ Gravity  ☐ _____
☐ Chemical   ☐ Thermal     ☐ Radiation  ☐ Other

| No. | Location of Lock on Equipment | Op. Lock / Tag on | Operator's Initial [Includes (a) below] | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | | | If Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Ops. | CPC Main. | Con. Maint. | | |
| | Deenergize and lockout Train 1 Loadout Rotary Valve Motor 10-1150 | Lock Out Installed / Tag Installed / Date Installed | | | | | | | Verification Tag Installed | |

| Operations Employee | Date | Operations Supervisor/Chief Operator | Date |
|---|---|---|---|
| Maintenance Employee | Date | Contractor Employee | Date |

**EQUIPMENT SHALL BE VERIFIED AND TRIED TO ENSURE THAT ISOLATION HAS BEEN ACCOMPLISHED.**
Document the method(s) used to "Try" the equipment in the section below:

☐ Start Mechanism Operated    ☐ Tested with Electrical Meter    ☐ Feeder Valve(s) Opened
☐ Radiation Survey Performed  ☐ Nuclear Gauge Isolation Verified on OCS    ☐ Other (Specify): _____    ☐ Gas Test Performed

CPCHEM000062


Wright EXHIBIT NO. 6

Page 1 of 24

CPCHEM000063

# ISOLATION LIST #42

| Location of Lock or Tagout on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes a) below] | | | Date Lock Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lock Out Installed | Isolation Lock Installed | Dat. Installed | | | Ops. | Maint. | Maint. | Verification Tag Installed |
| Deenergize and lockout loadout Vacuum blower Motor 30-1305 | | | | | | | | | | |
| Deenergize and lockout loadout blower Motor 30-311 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK) (No Blue Tag Needed) | N/A | | | | | | P.S. Main | C.T. Main | | |
| Load Out blower Motor 30-321 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK) (No Blue Tag Needed) | N/A | | | | | | | | | |
| Hopper Car Dust Fan Motor 30-312 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK) (No Blue Tag Needed) | N/A | | | | | | | | | |

**CONFIDENTIAL**

## ISOLATION LIST #42

| Location of Lock or Tagout Tag on Equipment | Op. Lock or Tagout | Operator's Initial (includes (a) below) | 50 V or Less instr. (Y/N) | Electrical De-Energized & Verified By [Initial] (includes (a) below) | Initial for Verification Includes a below |
|---|---|---|---|---|---|
| | | Date Installed | | Op. | Verification Tag Installed |
| North Load Out East Rotary Valve Motor 30-324 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK) (No Blue Tag Needed) | N/A | | | | |
| North Load Out West Rotary Valve Motor 30-314 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK) (No Blue Tag Needed) | N/A | | | | |
| 8 Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1507 | | | | | |
| Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1506 | | | | | |
| Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1505 | | | | | |

CPCHEM000064

CONFIDENTIAL
CPCHEM000065

ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | | If Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed Date Installed | | Ops. | CPC Maint. | Con. Maint. | | |
| 11 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1504 | 11901 | BD | BD | 9-30-14 | | BD | BY | ✓ | |
| 12 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1503 | 11902 | BD | BD | 9-30-14 | | BD | BY | ✓ | |
| 13 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1502 | 11903 | BD | BD | 9-30-14 | | BD | BY | ✓ | |
| 14 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1501 | 11904 | BD | BD | 9-30-14 | | BD | BY | ✓ | |
| 15 | Close and Lockout Instrument Air line to Loadout Mod. Station Control Box | 10493 | BD | BD | 9-30-14 | | BD | BY | ✓ | |
| 16 | ~~Close and Lockout Manual Ball Valve 5008 Upstream PT-54502~~ (Tr. 1 Loadout Mod. Station) | 10643 | CW | CW | 9/30/14 | | BD | BY | ✓ | |
| 17 | Close and Lockout Instrument Air to Train 1 Cyclone Bag House Blowbacks | 11229 | BD | BD | 9-30-14 | | BD | BY | ✓ | |

Air to valve (is loose)

CONFIDENTIAL

CPCHEM000066

# ISOLATION LIST #42

| Location of Lockout Tag on Equipment | Ops. Lock or Tagout # | Lock Out Isolation [Includes (a) below] | | Operator's Initial | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | | Verification Tag Installed | Date Lock Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Lock Installed | Date Installed | | | | CPC Initial | Con. Initial | | |
| **(FIRST) Install restraining Device and Lockout in the Closed Position ZV-59130 (Spare Vacuum Blower) 305 Crossover line** | | | | | | | | | | |
| Close & Lockout Instrument Air Disconnect Tubing on V-59130 (Spare Vacuum Blower 305 crossover air | | | | | | | | | | |
| Close and Lockout Instrument Air -03964, Diverter Valve on Transfer line to North Loadout Silo Op, North Loadout Silo | | | | | | | | | | |

**CONFIDENTIAL**

# ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Lock Out [Includes (a) below] Lock Installed | Isolation Date Installed | Operator's Initial | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] |
|---|---|---|---|---|---|---|---|---|
| 21 | Close and Lockout Instrument Air to YV-93963. (Diverter valve on Tram 1 pellet Transfer line to North Loadout Silo) (Top of North Loadout Silo. | | | | | | | |
| 22 | Close and Lockout Instrument Air to North Loadout Silo Air Cannon (3rd level North East corner by Handrail.) | | | | | | | |
| 23 | Close and Lockout Instrument air to North Loadout Silo Bottom Slide Valve YV-93935 | | | | | | | |
| 24 | Close and Lockout Instrument air to North Loadout Silo Bottom Pellet Sampler | | | | | | | |
| 25 | Close and Lockout Instrument air to North Loadout East Diverter Valve (YV-93503) | | | | | | | |

Verification Tag Removal

CPCHEM000067

**CONFIDENTIAL**

## ISOLATION LIST #42

| # | Location of Lock & Tagout Tag on Equipment | Ops. Lock or Tagout # | Lock Out Installed | Isolation Lock Installed | Date Installed | Operator's Initial [Includes (a) below] | 50 V or Less instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Opr. | Initial for Verification Includes a below |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Close and Lockout Instrument air to North Loadout West Diverter Valve (YV-93504) | | | | | | | | | |
| 7 | Close and Lockout Instrument air to North Loadout #1 Chute | | | | | | | | | |
| 8 | Close and Lockout Instrument air to North Loadout #2 Chute | | | | | | | | | |
| 9 | Close and Lockout Instrument air to North Loadout #3 Chute | | | | | | | | | |
| 10 | Close and Lockout Instrument air to North Loadout #4 | | | | | | | | | |
| 11 | North Loadout Rail Track Switch (East end) plant | | | | | | | | | |
| 12 | North Loadout Rail a Switch (West end) fan | | | | | | | | | |

CPCHEM000068

CONFIDENTIAL
CPCHEM000069

# ISOLATION LIST #42

| Location of Lock or Tagout Tag on Equipment | Lock or Tagout Model | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|
| **ELECTRICAL LOW ENERGY** | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| LSL 95686; N LO; PLC 2KA; FUSE 93; DWG. IE-158 | 018455 | | | | N | KAL | P2 | | |
| WSH 93036; N LO; PLC 2KA; FUSE 100; DWG. IE-152 | 018457 | | | | N | KAL | P2 | | |
| YL 93963A; N THRGH ST; PLC 2KB; FUSE 314; DWG. IE-159 | 018454 | | | | N | KAL | P2 | | |
| YL 93963C; S DVRTST; PLC 2KB; FUSE 315; DWG. IE-156 | 678463 | | | | N | KAL | P2 | | |
| YL 99326; N DVRT LC PNL; PLC2K; FUSE 316; DWG. IE-138 | 078469 | | | | N | KAL | P2 | | |
| R. H/C PURGE START; PLC 2KB; FUSE 389A; DWG. IE-472 | 018470 | | | | N | KAL | P2 | | |
| YL99973; N DRY CYCL; PLC 2KB; FUSE 448; DWG. IE-16 | 078471 | | | | N | KAL | P2 | | |
| YL 93931; N PLT WSH; PLC2KB; FUSE 565; DWG. IE | 078472 | | | | N | KAL | P2 | | |
| YL 93984A; S THRG#; PLC 2KB; FUSE 314; DWG. IE-39 | 078473 | | | | N | KAL | P2 | | |
| YL 93964C; N THRGH; PLC 22KB; FUSE 315; DWG. IE-40 | 078474 | | | | N | KAL | P2 | | |
| YL 99330;S TRNS; PLC 32K; FUSE 316 | 078475 | | | | N | KAL | P2 | | |
| LSH 55373; Cyclone; PLC 2KA; Fuse 248; IE-157 | 018495 | | | | N | KAL | P2 | | |
| PSL 96722; N/TL/C; CAB. E | N/A | | | | N | KAL | P2 | | |
| HCH :: NODE :: WOK. 1 | N/A | | | | N/A | N/A | N/A | N/A | N/A |
| SSC 93935; N L/C OSCR VLV; PLC 2KC; FUSE ING; DWG. IE | 018494 | | | | | KAL | P2 | | |
| HT 93036; HPR A INT; SEC 2KC; FUSE 600; DWG. IE-471 | N/A | N/A | N/A | | | N/A | N/A | N/A | N/A |



CONFIDENTIAL

## ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | | ✓ If Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed Date | | | Ops. | CPC Maint. | Con. Maint. | |
| 48. | LSL 95686; N. L/O LL; PLC 2KA; FUSE 93; DWG. IE-152 | | N/A | N/A | N | KAL | | P2 | | |
| 49. | Duplicate of 33 95-02; N. L/O PANEL; IP2-LO; CKT. 15; DWG. E-447 | 12W2 | 0,J | 0,J | N | KAL | s,J | P2 | œ | |
| 50. | 95-02; N. L/O PANEL; IP2-LO; CKT. 14; DWG. E-447 | 12110 | 0,0 | 6,0 | N | KAL | s,J | P2 | | |
| 51. | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 1; DWG. E-447 | 12120 | (1,1) | 10-1-14 | N | KAL | s,J | P2 | | |
| 52. | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 2; DWG. E-447 | 12130 | (1,1) | 10-1-14 | N | KAL | s,J | P2 | | |
| 53. | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 3; DWG. E-447 | 12123 | (1,1) | 10-1-14 | N | KAL | s,J | P2 | | |
| 54. | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 7; DWG. E-447 | 12125 | s,0 | 10-1-14 | N | KAL | s,J | P2 | | |
| 55. | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 8; DWG. E-447 | 12124 | s,J | 10-1-14 | N | KAL | s,J | P2 | | |
| 56. | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 9; DWG. E-447 | 12126 | s,J | 10-1-14 | N | KAL | s,J | P2 | | ✓ |
| 57. | SSL-93533; FLUFF L/O; PANEL IP-2-LO; CKT. 9; DWG. E-447 | 12111 | s,J | 10-1-14 | N | KAL | s,J | P2 | | ✓ |
| 58. | 95-02; N. L/O IMPACTOR; PANEL IP-2-LO; CKT. 13; DWG. E-447 | 12117 | s,J | 10-1-14 | N | KAL | s,J | P2 | | ✓ |
| 59. | 95-02; N. L/O PANEL; PANEL IP-2-LO; CKT. 15; DWG. E-447 | WILLIAM | N/A | | N | KAL | | P2 | | |
| 60. | CP-1; CNTRL PWR; PANEL IP-2-LO; CKT. 2; DWG. E-447 | 12109 | s,J | 10-1-14 | N | KAL | s,J | P2 | | |
| 61. | CP-1; CNTRL PWR; PANEL IP-2-LO; CKT. 4; DWG. E-447 | 12115 | s,J | 10-1-14 | N | KAL | s,J | P2 | | |

Isolated Equipment: IL#42 Pellet Transfer and Loadout

CPCHEM000070

CPCHEM000071

# ISOLATION LIST #4

| Location of Lock r | Tag on Equipment | Isolator Lock Installed | Date Installed | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Ops | Initial for Verification P | Verification Tag installed | Date Lock/Tag Removed |
|---|---|---|---|---|---|---|---|---|---|
| 01 | CP-1: CNTRL PWR: PANE... | | | | | | | | |
| 02 | IP-2-LO; CKT 8; DWG. E-44... | | | | | | | | |
| 03 | CP-2; CNTRL PWR: PANE... | | | | | | | | |
| 04 | IP-2-LO; CKT 8; DWG. E-44... | | | | | | | | |
| 05 | CP-1; CNTRL PWR: PANE... | | | | | | | | |
| 06 | IP-2-LO; CKT 10; DWG. E... | | | | | | | | |
| 07 | 95-02; N L/O PANEL: PANE... | | | | | | | | |
| 08 | IP-2-LO; CKT 14; DWG. E-44... | | | | | | | | |
| 09 | HIC SPOT LIGHTS: ABOVE ... | | | | | | | | |
| 10 | 220 FT. PANEL LP-1-LC... | | | | | | | | |
| 11 | CKT. 8; DWG. E-44... | | | | | | | | |
| 12 | HIC RECEPTICLES; ABOV... | | | | | | | | |
| 13 | 220 FT. PANEL LP-1-LC... | | | | | | | | |
| 14 | CKT 20; DWG. E-44... | | | | | | | | |
| 15 | HIC RECEPTICLES; ABOV... | | | | | | | | |
| 16 | PT. PANEL LP-1-LC... | | | | | | | | |
| 17 | CKT 18; DWG. E-44... | | | | | | | | |
| 18 | MCC O... ...enclosed... | | 5? | 10-11-01 | | | | | |
| 19 | ...ASE to control... | 1111? | 5? | 10-11-01 | | | | | |
| 20 | Instrument Air To student... | 9170 | 5? | 10-11-01 | | | | | |
| 21 | Plant located To student... | 2160 | 5? | 10-11-01 | | | | | |
| 22 | Paraffin hose II student... | 11:25 | 5? | 10-11-01 | | | | | |

**CONFIDENTIAL**

**ISOLATION LIST # 42**

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | Electrical De-Energized & Verified By [Initial] | Initial for Verification [Includes (a) below] | | | ✓ If Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | 50 V or Less Instr. (Y/N) | [Includes (a) below] | Ops. | CPC Maint. | Con. Maint. | |
| 76 | Circuit 2-Lockout Lighting Panel-1 | 4/232 | CM | PLM | 10-6-14 | N | J.K. | Paul S.H | | | ✓ |

CPCHEM000072

**CONFIDENTIAL**

# BLIND LIST #47

Plant/Area: **Plant 8 Loadout Blinds for Margin Improvement**
Job Description: **Install blinds for Actuated valve isolations fo_**
Loadout
WO#3187093

Prepared By: **S. Patton**  Date: **9/22/14**
Checked By: **R. Taylor**  Date: **9/22/14**

PAGE 1 OF 1

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Blinding Tag # | *Size & Type | **Rating (Class) | *** Blind Location | Tag Verf'd Oper | Tag Verf'd Main t | ****OK to Install Blind Oper Supv | Instl by Maint | Blind Verf'd ✓ by Oper | ****OK to Remove Blind Oper Supv | Rmv'd by Maint | Blind Verf'd ✓ by Oper |
| 605310 | 10" SB | 150# | Diverter Valve YV-93964 on Train 2 Pellet Transfer line on top of North Loadout Tank (Flange on Tank Side) | ? | 以 | | | | | | |
| 605309 | 10" SB | 150# | Diverter Valve YV-93963 on Train 1 Pellet Transfer line on top of North Loadout Tank (Flange on North Loadout Tank Side) | (?) | 以 | | | | | | |
| 605308 | 12" SB | 150# | Train 1 Pellet Cyclone Fines Collection Drum outlet Flange | (?) | 以 | | | | | | |
| VoloIII | I.I | 15c | vilpt Oscfliturlflearing | iv| | | | | | | | |

**NOTES:**

* Indicate the nominal pipe size (inches) and the type of blind ( BF = blind flange, B = blank, C = cap, P = plug)
** ASME Class (i.e.: 150, 300, 600, etc.) or "Special". A "Special" blank requires an approved Blind Exemption Form attached to the Blind List
*** Describe the "specific" location of the blind.
**** A Work Permit may be required prior to installing or removing a blind.

CPCHEM000073

F-2-1
Rev. 12/96