# EXHIBIT B-6



November 18, 2014

Re: Last Chance Letter

Dear Mr. Wright:

On October 30, 2014, you were returned to work and given a Final Warning after a two week suspension for a serious safety violation. On November 11, 2014, you were reportedly found by three co-workers to be asleep and snoring in the cubicle where you were reviewing training materials.

On the heels of a final warning, we are very troubled by this report. Therefore, the purpose of this letter is to set forth the conditions for which Chevron Phillips feels are necessary to implement upon your return to work from this latest event. You will receive three days of unpaid suspension, and the conditions set forth below must be agreed to and followed completely without exception. Any deviation from the expectations outlined will result in your immediate termination of employment:

- You must avoid any warning for your attendance and tardiness.
- A fully satisfactory level of performance in the job is required at all times. Poor job performance will result in termination of employment. Upon your return to work, you will be expected to fulfill all aspects of your job in a safe manner.
- You must follow all procedures, policies and Work Rules.
- You must pass a recertification exam and walk-thru after reasonable efforts to remediate, as determined by the Company.

The conditions outlined herein represent personal and job related responsibilities. These conditions are set forth to provide you with incentives for continuing a positive change in completing your job responsibilities as an employee with Chevron Phillips.

Furthermore, you must understand that compliance with the above conditions represent a **last chance to regain employment** at Chevron Phillips. If you violate any of the above conditions your employment will be immediately terminated with no re-employment opportunities.

This agreement is on non-precedent setting basis.

Tyrell Wright                     Date  11-18-14

Andy Woods, Maintenance Manager   Date  11/18/14

EXHIBIT NO. 8