# EXHIBIT B-8



CONFIDENTIAL

# Total Absence Management



Wright EXHIBIT NO. 10

UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CPCHEM000118



# What is it?

Total Absence Management is the name of Chevron Phillips Chemical's new program, which involves the use of a third-party company to help manage our employee illness and injury-related absences from work.

The WorkPartners' Division of The University of Pittsburgh Medical Center (UPMC) is the third-party firm who will work with absent employees to facilitate their safe, timely and medically appropriate return to work.





UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000119

2



CONFIDENTIAL

# What's changed and what does this mean for me?

Any U.S. dollar-paid employee who encounters one of the following situations will be required to contact UPMC WorkPartners:

- Employee misses three or more consecutive scheduled work shifts
- Employee is currently taking medication, or prescribed a medication that may impair function
- Employee has been hospitalized, had major or minor surgery, had a medical procedure that required anesthetic (even if performed during time off), or
- Employee plans to request a leave of absence (including intermittent) from work that may or may not involve his/her own personal illness (for example, a Family Medical Leave Act (FMLA) leave to care for an immediate family member)

NOTE: *This does not apply to workers' compensation cases, which will continue to be handled per current procedures.*



UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CPCHEM000120

3



# What's changed and what does this mean for me?
*Cont.*

- When required to contact UPMC WorkPartners, an employee must still contact his/her supervisor to report the absence from work and follow site specific protocols

- Employees are **no longer required to contact their HR business partner or onsite nurse** to report an absence when UPMC WorkPartners has been notified; Chevron Phillips Chemical will be notified directly from UPMC WorkPartners

- In addition to reporting your absence, you must see a health care professional by the third consecutive missed work shift
    - (Redi Clinic, etc)

- You will be required to provide documentation from your health care provider to UPMC WorkPartners to certify your absence

- Time missed for cosmetic and/or non-medically necessary procedures will no longer be eligible for sick benefits unless a complications arises

**WorkPartners**
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000121

4



# Why are we using a third party?

UPMC WorkPartners will help CPChem to:

- Better manage employee absences
- Ensure adherence to continuously changing federal and state leave laws
- Streamline the company's return-to-work process
- Create a better experience for employees and the company relative to the goal of ensuring safe and timely return-to-work processes





UPMC
WorkPartners
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000122

5



CONFIDENTIAL

# When is this effective?



October 1, 2013

UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CPCHEM000123

6



CONFIDENTIAL

# How do I contact UPMC WorkPartners?

To report an absence, simply:

- Call the Chevron Phillips Chemical Employee Service Center at 800-446-1422
- Press 6 once you hear the prompts

You will then be connected to an intake representative at UPMC, who will obtain the necessary information and provide assistance.

UPMC WorkPartners' intake representatives are available 24/7 to assist you.





UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CPCHEM000124

7




# What can I expect when calling UPMC WorkPartners?

- Live person will answer
- Experienced professionals with extensive knowledge on disability and other leave issues
- Nurses and physicians available to support or handle complex cases





UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000125

8


# What information will they gather?

- Reason for call
- Duration of time away from work
- Anticipated return to work

- Related health care information such as provider contact information
- Other relevant information as necessary

The intake specialist will help guide the employee through the leave or return-to-work process including expectations, necessary paperwork and next steps.





UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000126

9



# Why the change?

- Ensure medically appropriate and safe return to work
- Reduce risk of re-injuries upon return to work
- Reduce company-wide employee absenteeism
- Enhance productivity





CONFIDENTIAL

CPCHEM000127

10



CONFIDENTIAL

# What's my role?

**Employees:**

- Notify supervisor of any absence and follow site specific protocols
- Call UPMC WorkPartners to report any absence of three or more consecutive work shifts, or for the additional reasons listed  *(Per slide No. 3)*
- Seek medical treatment as necessary and submit any required documentation to UPMC WorkPartners
- Keep UPMC WorkPartners informed of any changes/updates on your case
- Follow CPChem's return-to-work policy
- Time entry when appropriate



UPMC
**WorkPartners**
Providing Health & Productivity Solutions



CONFIDENTIAL

# What's my role?

**Supervisors:**

- Remind employees to contact UPMC WorkPartners when necessary
- Answer questions related to the new process or direct employees to their HR business partner as needed
- Help ensure employees follow the return-to-work policy
- Respond to UPMC inquiries (i.e. email request for last day worked, status emails, push reports)
- Assist in the appropriate coding of time when documentation is not supplied





UPMC
**WorkPartners**
Providing Health & Productivity Solutions




CONFIDENTIAL

# What's my role?

**HR Business Partners:**

- Remind employees to contact UPMC WorkPartners when necessary
- Answer questions related to the new process
- Help ensure employees follow the return-to-work policy
- Respond to UPMC WorkPartners inquiries (i.e. emails and reports)
- Assist in the appropriate coding of time when documentation is not supplied



CPCHEM000130

13



UPMC
**WorkPartners**
Providing Health & Productivity Solutions



# What's my role?

- **On-site nurse/CPChem medical team:**

  - Provide final determination on return-to-work status when necessary
  - Assist UPMC WorkPartners in coordinating return to work with restrictions
  - Provide guidance to employees regarding which prescription drugs should be reported to UPMC WorkPartners



14

UPMC
**WorkPartners**
Providing Health & Productivity Solutions

CONFIDENTIAL

CPCHEM000131




CONFIDENTIAL

# How long will UPMC WorkPartners be involved?

**Full duty**
- UPMC WorkPartners will monitor cases for full duty return to work and communicate with CPChem's HR/Supervisor/Medical Team prior to release
- Employee must provide release note to UPMC WorkPartners prior to returning to work.

**Return to work with restrictions**
- When restrictions are identified on a case, UPMC WorkPartners will notify CPChem's HR/Supervisor/Medical Team of the restrictions to determine if accommodations can be made
- UPMC WorkPartners will continue to monitor the case until a full-duty release or permanent restrictions are established

**Long Term Disability (LTD)**
- UPMC WorkPartners will no longer monitor the case once the employee transitions to LTD.



15

CPCHEM000132



CONFIDENTIAL

# Questions?



CPCHEM000133

16