Dave Higgins
May 24, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SHERWIN T. WRIGHT          )
    Plaintiff,          )
                 )
vs.                        )     Civil Action NO. 4:15-cv-02363
                 )
CHEVRON PHILLIPS CHEMICAL )
COMPANY, LP                )
    Defendant             )

ORAL DEPOSITION

DAVE HIGGINS

MAY 24, 2017

    ORAL DEPOSITION OF DAVE HIGGINS, produced as a
witness at the instance of the Plaintiff and duly sworn,
was taken in the above-styled and numbered cause on the
24th day of May, 2017, from 10:10 a.m. to 1:20 p.m.,
before Melinda Barre, Certified Shorthand Reporter in
and for the State of Texas, reported by computerized
stenotype machine at the offices of Jackson Walker LLP,
1401 McKinney Street, Suite 1900, Houston, Harris
County, Texas, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.

EXHIBIT
A
_____

Stratos Legal Services
800-971-1127

Dave Higgins
May 24, 2017

Page 5

1   understand a question that I'm asking, please let me

2   know because if you do answer it, then I'm just going to

3   take your answer to mean that you did understand the

4   question.

5        **A.    Okay.**

6        Q.    All right.  Mr. Higgins, where are you

7   currently employed?

8        **A.    Chevron Phillips Chemical, Pasadena, Texas.**

9        Q.    Okay.  And that's the Pasadena facility?

10       **A.    Yes.**

11       Q.    What is your position there?

12       **A.    Maintenance electrician on shift, assistant**

13   **steward with the IBEW, alternate health and safety rep**

14   **for IBEW, top coordinator, Chevron Phillips, which is**

15   **incident investigator.**

16       Q.    Okay.  Let me go through those.

17       **A.    There's a lot more hats, but you asked me what**

18   **I do.**

19       Q.    All right.  Fair enough.  So the first one was

20   you're an electrician in the maintenance department?

21       **A.    Yes.**

22       Q.    Okay.  The second one was a chief steward with

23   the IBEW?

24       **A.    Assistant steward with IBEW.**

25       Q.    Okay.  What were the third and fourth

Dave Higgins
May 24, 2017

Page 6

1    positions?

2        A.    Alternate health and safety rep for IBEW.

3        Q.    Okay.

4        A.    And the next one I'll just say incident

5    investigator for the TOP program, which is triangle

6    prevention.

7        Q.    Okay.

8        A.    The next one is ops chief for the fire brigade.

9        Q.    Okay.

10       A.    Captain of the rescue team with the fire

11   brigade.

12       Q.    Okay.  As an electrician in the maintenance

13   department at Chevron, what are your responsibilities?

14       A.    The maintenance of the electrical equipment at

15   the facility, repairs, replacement, small construction

16   of the electrical equipment.

17       Q.    Okay.  What about your responsibilities as the

18   assistant steward of, you said, IBW?

19       A.    IBEW.

20       Q.    IBEW.

21       A.    International Brotherhood of Electrical

22   Workers.  Assistant steward's duties: to listen to

23   grievances of the members, to be part of the contract

24   negotiations, to make sure our members follow procedures

25   and policy and vice versa for the company.

Dave Higgins
May 24, 2017

Page 9

1           MR. FLYNN:  If you don't know, David,

2    just --

3           THE WITNESS:  Okay.

4           MR. FLYNN:  She can ask Lisa.

5      **A.    It just has to do with maintenance but using a**

6    **computer and other equipment to test equipment.**

7      Q.   (By Ms. Vahora)  Okay.

8      **A.    And it's more of a specialty job.**

9      Q.   Okay.  Of the 11 members that are at the

10   Pasadena facility that are part of this union, how many

11   of those are African-American?

12          MS. WILLIAMS:  Objection, vague.  You can

13   answer.  I will do that from time to time.  I'm sorry.

14     **A.    As of now, none.**

15     Q.   (By Ms. Vahora)  Okay.  Have there ever been

16   any members that identified themselves as

17   African-American?

18     **A.    Yes.**

19     Q.   When was that, and who was it?

20     **A.    Well, 28 years ago when I hired on, we had a**

21   **Ron Scott; and he left the plant in the '90s.  And then**

22   **we had an Albert Carr, C-a-r-r, and he passed away.  But**

23   **Ron Scott was with the plant for at least 20 years.**

24   **Albert Carr was probably there for roughly 30 years, if**

25   **my memory serves me right on this.**

Dave Higgins
May 24, 2017

Page 19

1    A.    Yes.

2    Q.    Okay.  During a LOTO process how many

3  electricians work to de-energize one isolation point?

4    A.    It's determined by the job at hand.  On a small

5  480 breaker -- and that actually is more of the physical

6  size.  A breaker that's probably 14 inches by 12 inches.

7  It's small.  One person can do that.  Now -- yes.  One

8  person can do that, but it does take safety equipment.

9  And because of the safety equipment and the hazards that

10 are involved with it, definitely requires work orders

11 and permits.

12   Q.    Okay.  Is there a person that after the first

13 electrician has de-energized a small breaker like in

14 your example, is there a second person that comes

15 through to make sure that it has been de-energized?

16   A.    Well, that would be during the isolation

17 portion of that.  And that's usually a second set of

18 eyes that come in and start doing the verification that

19 power has been disconnected.

20   Q.    So the verification process is a second set of

21 eyes that go through during a LOTO procedure to make

22 sure that everything has been de-energized?

23   A.    Yes.  But during a LOTO procedure, we don't

24 always drop T leads.

25   Q.    Okay.

Dave Higgins
May 24, 2017

Page 23

1   isolation list.

2       Q.   All right.  So I'm going to give you what I'm

3   going to mark as Exhibit 1.

4               (Exhibit 1 marked)

5       Q.   (By Ms. Vahora)  Mr. Higgins, have you had a

6   chance to look over Exhibit 1?

7       A.   Yes.  I've seen this before.

8       Q.   Can you tell me what it is?

9       A.   It's an isolation list.

10      Q.   Was this the isolation list that was given to

11  the plaintiff, Mr. Wright?

12      A.   Yes.

13      Q.   And what is the sixth column where it says

14  Initial for Verification?  What does that represent?

15      A.   It's the verification.

16      Q.   So is that --

17      A.   Okay.  It kind of goes with -- 5 and 6 kind of

18  goes together, Electrical De-Energized & Verified By,

19  the CPC maintenance employee under Initial for

20  verification.  Well, actually no.  And it has Tyrell

21  Wright or T.W.

22      Q.   Okay.

23      A.   And that's electrical de-energized, turned off

24  breaker.

25      Q.   So by initialing the Electrical De-Energized &

Dave Higgins
May 24, 2017

Page 24

1    Verified By column, which is the fifth column, it means

2    that Mr. Wright turned off the breaker?

3        A.   He either, A, turned off the breaker or, B,

4    watched the operator turn off the breaker.

5        Q.   Okay.

6        A.   To verify that the original or initial

7    de-energization is from the breaker being shut off.

8        Q.   Okay.  And then the next column over where it

9    says Initial for Verification, is that for the second

10   set of eyes that you mentioned, to make sure that the

11   isolation points had been de-energized?

12       A.   Yes.  I mean, I don't see initials on this

13   first page; but as you go through --

14            MR. FLYNN:  She's just asking you about

15   this column.

16       A.   Yes.  And that's what I'm looking at because

17   you have other initials under the full list.

18       Q.   (By Ms. Vahora)  Right.

19       A.   That should be the employee that actually does

20   the verification of the verification tags installed, I

21   believe, because I'm not seeing initials on that one.

22       Q.   Okay.  So is this the point where a second

23   person goes in and puts in those green tags that you

24   mentioned?

25       A.   I believe so.  Should be.

Dave Higgins
May 24, 2017

Page 25

1    Q.   What does OPS stand for?

2    **A.   Operations.**

3    Q.   So is that somebody from operations that would

4   go and verify that the isolation points have been

5   de-energized?

6    **A.   Yes.**

7    Q.   And then CPC maintenance?

8    **A.   That would be the Chevron Phillips maintenance**

9   **employees.**

10    Q.   And then what is the -- it just says CON

11   Maintenance?

12    **A.   That's a contractor maintenance.**

13    Q.   Okay.

14    **A.   That would be a contractor if that was the**

15   **person doing the verification.**

16    Q.   Okay.  So at any one point there are three

17   people that are verifying to make sure that an isolation

18   point has been de-energized?

19    **A.   Absolutely.**

20    Q.   What does isolation list No. 42 represent?

21   What does the number 42 represent at the very top?

22    **A.   Oh, that meant there was probably 42 lockboxes**

23   **on that job.**

24    Q.   Okay.

25    **A.   This was in preparation of a shutdown, a**

Dave Higgins
May 24, 2017

1  shutdown which lasted, I believe, in the neighborhood of

2  45 days, something like that.  And so within the weeks

3  prior to the shutdown, that's when they start going

4  through isolation activities and prepping everything so

5  that on the day of the start of the shutdown work can

6  commence.

7       Q.   Okay.  If you look at the third page -- and

8  that's Bates labeled CPCHEM65 -- at the top it says

9  Isolation No. 42.  So we're still talking about the same

10 isolation, correct?

11      A.   Yes.  This isolation list should have a 42 all

12 the way through, correct?  So the 42, as I said before,

13 stands for the lockbox number.

14      Q.   Okay.

15      A.   And that means all these points had to be

16 isolated for people to work out of that lockbox.

17      Q.   Okay.

18      A.   So when a person would go on the job, they

19 would put their craft tag on this lockbox and then they

20 would put their personal lock on this lockbox, which

21 protects you.

22      Q.   Okay.  So on Bates labeled 65 is there a reason

23 that you know of why the --

24           MR. FLYNN:  That's page 4 out of 10 on the

25 right.

Dave Higgins
May 24, 2017

1          MS. VAHORA:  Yes.

2          MR. FLYNN:  She's asking you something

3  from that page.

4     Q.   (By Ms. Vahora)  Do you know why the Electrical

5  De-Energized and Verified By column is left empty on

6  this particular page?

7     **A.   Oh, because there is no electrical isolation**

8  **points on this page.**

9     Q.   That makes sense.

10    **A.   Well, if you read through location of lock or**

11 **tagout tag on equipment says "close and lock out manual**

12 **chain slide valve."  That's a slide valve.  It's air**

13 **operated possibly or valve operated, meaning that it's a**

14 **mechanical valve that pushes a slide valve across and**

15 **closes it.**

16    Q.   Okay.  So there's no electrical activity?

17    **A.   There is zero electrical activity here.**

18    Q.   Understood.  Do you know why the Initial for

19 Verification -- and I'm back on page 2 of 10, which is

20 Bates labeled 63.

21    **A.   Okay.**

22    Q.   And 64.  Would you happen to know why there is

23 not a second, third or fourth set of initials on the

24 Initial for Verification column?

25    **A.   No, I do not.**

Dave Higgins
May 24, 2017

Page 30

1    power lights were on the breakers or anything.  So

2    because of that, he would have been like, Okay, the

3    breaker is turned off.

4        Q.   If a breaker is turned off without the T leads

5    being removed, can anybody still get hurt?  In other

6    words, is energy flowing through that system if the

7    breaker is off but the T leads have not been removed?

8        A.   Because of the try part when you push the

9    button, if the motor doesn't come on, it's in the safe

10   position.  The breaker is turned off.  Okay.  It's

11   verified that that part's been de-energized, but that's

12   why you do the try part.

13                Understanding the manufacture of breakers

14   and having experience, there's a potential for them to

15   fail.  But the reality is for that breaker to supply

16   power out to the field, it would have to be reenergized.

17   It's almost a two-step process.  The breaker has to be

18   turned on but then an operator would have to push a

19   button to start that motor out in the field where that

20   breaker supplies power to.

21       Q.   Absent the breaker being turned on, would the

22   piece of equipment, whatever it is that it's attached

23   to, would it be energized if the breaker was turned off?

24       A.   No.

25       Q.   Okay.

1    A.    It shouldn't be.

2    Q.    Do you know if a work order was given to

3 Mr. Wright to remove the T leads on September 30th,

4 2014?

5    A.    No.  He was not given a work order.

6    Q.    Because it was a T leads -- and you mentioned

7 this before, that it requires a work order -- was him

8 not being supplied a work order out of the ordinary?

9            MS. WILLIAMS:  Objection, calls for

10 speculation, vague.

11    A.    In that process normally you would be handed a

12 work order to remove the T leads, and you would also

13 receive work direction from your supervisor stating what

14 job you are about to go do.

15    Q.    Okay.  In your 28 years at Chevron have you

16 known of anybody to violate the LOTO process?  In other

17 words, they either didn't turn off a breaker or they

18 didn't remove a T lead or they didn't do exactly what

19 they were supposed to on that isolation list?

20    A.    On that isolation list.  Very loaded question.

21 There's a lot of answers to those.  First part, yes.

22 I'm aware of lots of sometimes when lockout/tagout

23 procedure was violated.

24            But when you're talking about the

25 isolation list, in my 28 years out there normally when I

Dave Higgins
May 24, 2017

Page 32

1    see an isolation list on that left-hand column, it

2    specifically just has the equipment to be locked out,

3    not work direction on how to lock it out.

4        Q.    Okay.

5        A.    This to me, for me, was new to have -- to

6    seeing these highlighted areas -- "do not lock out

7    breaker, call electricians to disconnect T leads."  This

8    is not to the norm.  To the norm it just says

9    "de-energize lockout loadout vacuum blower motor."  That

10   one doesn't mention dropping T leads.

11       Q.    Okay.

12       A.    So that was just de-energized.  But you're just

13   normally seeing what item -- because it says location of

14   lock or tagout tag on equipment.  That's the title above

15   that line, not to have actual work direction put on

16   here.

17       Q.    Okay.  So, in other words, because it mentions

18   dropping T leads, usually -- sorry.  Let me rephrase

19   that.

20            Usually on an isolation list it does not

21   include work directions for dropping T leads.  Is that

22   correct?

23       A.    In my experience not until this isolation list

24   that I'd ever seen that.

25       Q.    So not in 28 years --

Dave Higgins
May 24, 2017

Page 44

1    A.    And then, if I'm not mistaken, he reports

2  directly to the plant manager.

3    Q.    Okay.  After this letter was issued to

4  Mr. Wright, do you know of any recertification processes

5  that Chevron made Mr. Wright undergo?

6    A.    I know they put him in a cubicle.  They said

7  he's got to go through all this retraining.  My

8  understanding is they gave him books from 20, 30 years

9  ago and said, Just read these, because they've never

10  really had an actual procedure or setup for that

11  recertification for any electrician.

12    Q.    In your experience at Chevron has any

13  electrician been required to recertify in a similar

14  manner?

15    A.    No.

16    Q.    Do you have an opinion as to why Mr. Wright was

17  disciplined in this unique way?

18    A.    I really don't have an opinion.

19    Q.    Okay.

20    A.    I have no understanding why.  I thought it was

21  excessive.

22    Q.    Why did you think it was excessive?

23    A.    Because I've never seen discipline as such

24  before.

25    Q.    If an electrician was having issues in regards

Dave Higgins
May 24, 2017

Page 45

1    to their competency and they brought it up to the union,

2    what would the union -- how would that procedure play

3    out?

4        A.    **Well, I know with the union we have a process**

5    **where they go to the hall.  They might have testing for**

6    **them to see where -- if there was any inadequacies with**

7    **that electrician.  And then we'd probably set together a**

8    **retraining of some kind to address the issues.**

9        Q.    So the union actually has processes in place

10   where an electrician's incompetency may be at issue?

11       A.    **Yes.**

12       Q.    All right.  I'd like to now talk about the

13   alleged incident where Mr. Wright was alleged to be

14   sleeping while he was on the job.

15       A.    **Okay.**

16       Q.    Do you know if anybody else has ever been

17   caught sleeping on the job?

18       A.    **Yes.**

19       Q.    And how were they disciplined, if at all?

20       A.    **What I remember is in my 28 years we've had two**

21   **people that were disciplined for sleeping on the job.**

22   **That sleeping with shoes off, made a bed and out of**

23   **their area, they intentionally went to sleep.**

24             **After both incidences management, which is**

25   **not the management we have today -- that changes -- over**

Dave Higgins
May 24, 2017

Page 46

1    the course of three to five years management seems to
2    swap out.  Management came to all employees and stated,
3    If you're out of your work area, you've got your shoes
4    off, you made a bed, that's intentional sleeping; and
5    this is our grounds for disciplinary action up to
6    firing.
7              But they also stated, You're sitting in a
8    chair and you nod off, you know, and easily, hey, woke
9    up.  That was never considered sleeping.  You just sat
10   in the chair and passed out.  And there's always
11   everyday examples, whether you're in this meeting or
12   that meeting, and you look around the room and one or
13   two people will have their head tilted down and nodded
14   off temporarily, momentarily.
15       Q.   Okay.  So your understanding of the rule at
16   Chevron as far as sleeping on the job is concerned, is
17   unless there is an intentional sleeping where you have
18   your shoes off and you're making a bed and you're taking
19   a nap --
20       A.   Absolutely.
21       Q.   -- then nodding off or zoning out is okay?
22       A.   It was understood that it happens.
23       Q.   Okay.  So, in other words, nodding off would
24   not be disciplined outside of maybe verbal coaching?
25       A.   Maybe so.  Hey, you need to get up and walk

Dave Higgins
May 24, 2017

Page 47

1   around, you know.

2       Q.   Do you know what happened when Mr. Wright was

3   allegedly caught nodding off?

4       A.   My understanding is that someone heard snoring.

5   A contract supervisor, I believe, went over there,

6   tapped him on the shoulder and then walked down to HR

7   and said, Hey, your guy down in that cubicle was asleep.

8       Q.   Was this contract supervisor, was he an

9   employee of Chevron?

10      A.   He's a supervisor.  So I believe he was a

11  nested contract.  That means it's a long-time

12  contractor, not a temporary contractor.

13      Q.   Did Mr. Wright deny that he was the individual

14  that was sleeping?

15      A.   He told me that he doesn't believe it was him;

16  he believed it was someone in another cubicle because he

17  said he heard snoring, so ...

18      Q.   All right.

19      A.   And he stated he stood up and looked over the

20  cubicle and said, Hey, man, somebody woke me up or told

21  me to wake up when I believe it was you that was snoring

22  or something.  But that's from what I remember Tyrell

23  stating.

24      Q.   Do you know what Mr. Wright was doing when this

25  happened?

Dave Higgins
May 24, 2017

1          MS. WILLIAMS:  Objection, calls for

2   speculation.

3      **A.   What I was told that he was doing was sitting**

4   **with both feet on the floor in a chair with a electrical**

5   **workbook in his lap that he had been studying.**

6      Q.   (By Ms. Vahora)  Was this during his

7   recertification process?

8      **A.   Yes.  Toward the end of the day 4:30, 5:00 in**

9   **the afternoon sitting in a cubicle all day in this**

10  **position right here.  I mean, that's my understanding of**

11  **how he was found.**

12     Q.   Okay.  Was he doing any electrical work during

13  his recertification process?

14     **A.   No.  He was not allowed.**

15          **(Exhibit 3 marked)**

16     Q.   (By Ms. Vahora)  I'm going to hand you what's

17  been marked Exhibit 3.  Are you ready?

18     **A.   I'm ready.**

19     Q.   Do you recognize this letter dated November 18,

20  2014?

21     **A.   Yes.  I was involved in this meeting.**

22     Q.   So what happened at this meeting?

23     **A.   They called him in.  Comments were made.  "I'm**

24  **surprised you still have a job, but someone must be**

25  **smiling on you and we're giving you another chance at**

Dave Higgins
May 24, 2017

Page 49

1   employment."

2           I believe he was given three days off and

3   brought back.  After this letter came about, I

4   personally leaned over to Tyrell and I said, Sign it, as

5   the first letter basically with the statement.  And I

6   was told, He cannot sign it that way.

7       Q.   And who made that statement?

8       A.   I believe it was Lisa Laurin.  She stated that

9   he cannot.  He has a final chance.  He's lucky to be

10  here.  He can't sign it with basically a -- what's the

11  word?

12          MR. FLYNN:  Why don't you just read what

13  is written.

14      A.   "I disagree with what is stated in this

15  letter."

16      Q.   (By Ms. Vahora)  So the same notation that he

17  made in the October 30th letter he was not allowed to

18  make on the November 18th letter.  Is that correct?

19      A.   Correct.

20      Q.   So how was Mr. Wright disciplined after the

21  sleeping incident?

22      A.   I believe he was given three days off no pay,

23  final final warning and then returned to work.

24      Q.   Have you ever witnessed or been involved in or

25  heard of anybody being disciplined in a similar manner

Dave Higgins
May 24, 2017

Page 50

1  for nodding off?

2      A.    Not for nodding off, no.  May I add one thing

3  to this?

4      Q.    Sure.

5      A.    In the past when a person was accused of

6  sleeping on the job, it's not written but it's been a

7  past practice that it's usually a plant manager or

8  salaried employee and they tried to do their best to

9  have a witness with them so that there is not an

10  argument or disagreement that this guy was sleeping or

11  not.  And that is past practice, basically a supervisor

12  and a supervisor.  Two people witness it and then wake

13  the man up; and then they'll either set him up for a

14  meeting, send him home, that type of stuff.

15      Q.    Did that happen in this incident with

16  Mr. Wright?

17      A.    The way I understand it, a contract supervisor

18  woke him up, went down to HR, said, Hey, I just woke up

19  the guy down in the cubicle.

20      Q.    You mentioned that there were two people that

21  you know of that were disciplined that had actually

22  taken off their shoes and made beds.  Who were the two

23  people?

24      A.    One was an electrician back in the '90s.  His

25  name was Tony D'Allisio.  And it was during a shutdown

Dave Higgins
May 24, 2017

Page 51

1   and he was out of his area, kind of in a private

2   building.  He had two chairs, a blanket, his boots off

3   and he was in deep sleep.  And what I mean by that, you

4   know, supervisors will walk up and say, "hey," and he'd

5   like look up at them.  Okay.

6          But if they, "hey," and get to the point

7   where they actually physically have to touch you or

8   shake you, you're in deep sleep.  Then they have an

9   issue with that.

10      Q.   And who was the second individual?

11      A.   Gabe Mosqueda, M-o-s-q-u-a-d-a [sic] maybe.

12      Q.   When was that?

13      A.   That was another shutdown.  That was probably

14   in the mid '90s.  I'm sorry.  Tony D'Allisio in the mid

15   '90s; Gabe Mosqueda possibly mid 2000.  And he was in a

16   shutdown.  And he was actually warned prior to him

17   getting busted, Do not leave your area, you know.  Do

18   not make a bed.  They're watching you.  But he was

19   actually leaving the polyethylene shop area and driving

20   all the way to the welding shop area in his truck and

21   making a bed in his truck.

22      Q.   Was the fact that these two individuals fell

23   asleep, in deep sleep, and made their bed during a

24   turnaround incident, did that have anything to do with

25   the fact that they were disciplined?  Did that make the

Dave Higgins
May 24, 2017

Page 52

1  act more egregious?

2       A.   Yes.

3       Q.   Why is that?

4       A.   Because they intentionally were making a bed to

5  go to sleep.  They were intentionally sleeping on the

6  job.

7       Q.   Them doing this, was it a potential safety

8  violation?

9       A.   No.  It's just a violation of the working

10  rules.

11       Q.   How were those individuals disciplined?

12       A.   They were fired.

13       Q.   Prior to their termination you mentioned that

14  Mr. Gabe was warned.  Was Mr. Tony also warned?

15       A.   No.  Tony was not warned.  And what came from

16  that meeting is Tony was fired, and then some other

17  circumstances happened within a week after he was fired

18  that terminated him permanently.  But the company came

19  to the union and stated, Hey, we were just trying to

20  make a point.  We were going to call him back after

21  seven days.

22       Q.   Okay.

23       A.   But because of some other extenuating

24  circumstances with another employee and Tony, they both

25  ended up permanently fired.

Dave Higgins
May 24, 2017

Page 53

1    Q.    Then you mentioned that -- was it after these

2    two people had been disciplined that the company

3    actually had a meeting regarding sleeping on the job?

4    A.    Well, yes.  They just made like a tailgate --

5    in a tailgate verbal announcement that, Hey, you're

6    sitting in a chair and you just nod off, that's one

7    thing.  But don't intentionally leave your area, take

8    your shoes off, grab you a blanket and go to sleep.

9    Q.    Was there ever any other meetings or rules in

10   regards to sleeping or dozing off after that?

11   A.    It was never brought up.  The only thing we

12   have let's say in our CBT, computer-based training

13   modules, is it states, you know, that you have a

14   knowledge or an understanding of the plant working

15   rules.  But it never actually goes down verbatim.

16         It does give you a link that if you want

17   to go and look at that verbatim, you can.  But it just

18   basically I have an understanding of the working rules.

19   Q.    Okay.  Got it.  All right.

20         You testified in the arbitration

21   proceeding that the policy with regards to calling in

22   sick in November of 2014 at Chevron was confusing.  Do

23   you remember seeing that?

24   A.    Yes.

25   Q.    Why do you think it was confusing?

Dave Higgins
May 24, 2017

1    Q.   Okay.  So there's no difference in procedures

2  with respect to how somebody might do something on day

3  shift versus the shift work that you do?

4    **A.   Yes.**

5    Q.   That's correct?

6    **A.   That is correct.**

7    Q.   Okay.

8    **A.   There is no differences.**

9    Q.   If the T leads were supposed to be dropped and

10  they weren't, would you consider that to be a serious

11  violation?

12    **A.   No.**

13    Q.   Why is that?

14    **A.   I'm going to give you my answer as an opinion**

15  **of a qualified electrician.  I would have looked at it**

16  **as a potential near miss.  But if you have a qualified**

17  **electrician about to do the work on the other end of it,**

18  **you're going to still test the equipment to verify that**

19  **power is off.**

20    Q.   So it does not matter to you that the T leads

21  would not have been dropped even though they were

22  supposed to be dropped?  In your opinion, that's not a

23  significant issue?

24    **A.   I'm going to say no.  It's not significant.**

25  **The power is off.  The breaker was off.  It was a near**

Dave Higgins
May 24, 2017

Page 93

1    miss.

2        Q.    Could somebody have gotten hurt if they had --

3    the breaker had gotten turned back on and the T leads

4    had not been disconnected and they were removing that

5    breaker?

6        A.    Excuse me a minute.  I'm thinking about this

7    because what you're asking you really do not understand

8    the process of what electrical work is.

9                The people were removing the motor out

10   into the field.  You've got two different areas.  For

11   the process for the power to end up on those wires in

12   the field, the breaker would have had to have been

13   turned on and then a start button would have had to be

14   pushed.  It would have taken two or three steps to end

15   up with power out in the field.

16       Q.    So what's the point of disconnecting the

17   T leads if it doesn't pose any potential risk?  I mean,

18   what's the point --

19       A.    The point of dropping the T leads, my

20   understanding, with this was they were demoing the

21   equipment that was out there in the field.

22       Q.    Why would it be important to disconnect T leads

23   if you're demoing equipment?

24       A.    Well, because you're taking the equipment out

25   of service is the proper term for it.  And when you're

Dave Higgins
May 24, 2017

Page 94

1    taking equipment out of service, that's when you're

2    dropping your T leads because you're not bringing the

3    equipment back into service.  So you're air-gapping it.

4        Q.    But what's the significance of disconnecting

5    the T leads before you take it out of service?

6        A.    It changes up your lockout.  Instead of using

7    the breaker as the lockout point, you're using the

8    T leads as your lockout point.

9        Q.    Why are you using T leads as a lockout point in

10   this instance?

11       A.    Because it's air-gapped.

12       Q.    Why is that important?

13       A.    From what I'm reading here, they were demoing.

14   So you're decommissioning that equipment.  So to just

15   further along your decommission, you're just dropping

16   the T leads off so that you're not following a regular

17   lockout or tagout-type situation.  You're doing it in a

18   permanent position because when you're doing

19   out-of-service, that's actually not following your

20   lockout/tagout.  Once you disconnect T leads, there's no

21   locks that really need to be there.  So then you can

22   actually not even put it in a lockbox if you're

23   air-gapped.

24       Q.    Is there a safety aspect to disconnecting

25   T leads in this instance that you described where you're

Dave Higgins
May 24, 2017

Page 95

1   decommissioning equipment?

2       A.    If you're demoing.  But usually demoing, if

3   you're the person doing the demo, you start where the

4   demo needs to start at and you go work out to the motor,

5   you know.

6             Dropping T leads is like a demo.  I stated

7   prior to that to do that that requires tools; it

8   requires a work order; it requires a permit; and it

9   requires work direction given to you by your supervisor.

10      Q.    Does it require any electrician to ask

11  questions if they're confused about the process?

12      A.    Well, anytime you're confused you should ask

13  questions.

14      Q.    Okay.  And back to my question, is there a

15  safety component or aspect to disconnecting or dropping

16  the T leads when you're decommissioning equipment?  Is

17  it purely functional, or is there some safety aspect to

18  it?

19      A.    The safety aspect is guaranteeing you that

20  there can't be an accidental energization of that

21  equipment.

22      Q.    Okay.

23      A.    But with the equipment just sitting there, it's

24  not just going to accidentally energize.  It's going to

25  take people making some very big mistakes to do that.

## ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | Verification Tag Installed | Date Lock Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tac Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC Main. | CPC Main. | | |
| 2 | Deenergize and lockout loadout Vacuum blower Motor 30-1305 | | | | 7-30-14 | | | | | | | |
| 3 | Deenergize and lockout loadout blower Motor 30-311 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK {No Blue Tag Needed} | N/A | | | | | | | | | | |
| 4 | Load Out blower Motor 30-321 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK {No Blue Tag Needed} | N/A | | | | | | | | | | |
| 5 | Hopper Car Dust Fan Motor 30-312 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK {No Blue Tag Needed}. | N/A | | | | | | | | | | |

EXHIBIT

PENGAD 800-631-6989

CONFIDENTIAL

CPCHEM000063

## ISOLATION LIST #42

| No. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | If Verification Tag Installed | Date Lock /Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC Maint. | Con. Maint. | | |
| 6 | North Load Out East Rotary Valve Motor 30-324 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK (No Blue Tag Needed) | N/A | | | | | | | | | | |
| 7 | North Load Out West Rotary Valve Motor 30-314 DO NOT LOCK OUT BREAKER...CALL ELECTRICIANS TO DISCONNECT "T" LEADS. (DEMO WORK (No Blue Tag Needed) | N/A | | | | | | | | | | |
| 8 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1507 | | | | | | | | | | | |
| 9 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1506 | | | | | | | | | | | |
| 10 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1505 | | | | | | | | | | | |

CONFIDENTIAL

CPCHEM000064

ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | ✓ If Verification Tag Installed | Date Lock /Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC Maint. | Con. Maint. | | |
| 11 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1504 | 11901 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |
| 12 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1503 | 11902 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |
| 13 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1502 | 11908 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |
| 14 | Close and Lockout Manual Chain Slide Valve Under Pellet Silo 1501 | 11903 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |
| 15 | Close and Lockout Instrument Air line to Loadout Mod. Station Control Box | 16940 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |
| 16 | Close and Lockout ~~Manual Ball Valve~~ 54508 ~~Upstream FT-54502~~ (Tr. 1 Loadout Mod. Station) | 16943 | LY | LY | 9/30/14 | Y | | BD | ✓ | | ✓ | |
| 17 | Close and Lockout Instrument Air to Train 1 Cyclone Bag House Blowbacks | 12239 | BD | BD | 9-30-14 | | | BSI | ✓ | | ✓ | |

Air to Valve on her line

CONFIDENTIAL

CPCHEM000065

## ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) Below] | Initial for Verification [Includes (a) below] | | | ✓ if Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC ½-in. | Con. ½-in. | | |
| 18 | (FIRST) Install restraining Device and Lockout in the Closed Position ZV-59130 (Spare Vacuum Blower 305) Crossover line. | | | | | | | | | | | |
| 19 | Close & Lockout Instrument Air & Disconnect Tubing to ZV-59130 (Spare Vacuum Blower 305) Crossover line | | | | | | | | | | | |
| 20 | Close and Lockout Instrument Air on FV-93964. (Diverter Valve on Train 2 pellet Transfer line to North Loadout Silo) (Top of North Loadout Silo | | | | | | | | | | | |

CONFIDENTIAL

## ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | | Verification Tag Installed | Date Lock / Tag Removed |
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | SPC Maint. | Con. Maint. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Close and Lockout Instrument Air to YV-93963. (Diverter Valve on Train 1 pellet Transfer line to North Loadout Silo) (Top of North Loadout Silo) | | | | | | | | | | | | |
| 22 | Close and Lockout Instrument Air to North Loadout Silo Air Cannon (3" level North East corner by Handrail.) | | | | | | | | | | | | |
| 23 | Close and Lockout Instrument air to North Loadout Silo Bottom Slide Valve YV-93935 | | | | | | | | | | | | |
| 24 | Close and Lockout Instrument air to North Loadout Silo Bottom Pellet Sampler | | | | | | | | | | | | |
| 25 | Close and Lockout Instrument air to North Loadout East Diverter Valve (YV-93503) | | | | | | | | | | | | |

CONFIDENTIAL

CPCHEM000067

ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a below] | Initial for Verification [Includes (a) below] | | | Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC Maint. | Con. Maint. | | |
| 26 | Close and Lockout Instrument air to North Loadout West Diverter Valve (VV-93504) | | | | | | | | | | | |
| 27 | Close and Lockout Instrument air to North Loadout #1 Chute | | | | | | | | | | | |
| 28 | Close and Lockout Instrument air to North Loadout #2 Chute | | | | | | | | | | | |
| 29 | Close and Lockout Instrument air to North Loadout #3 Chute | | | | | | | | | | | |
| 30 | Close and Lockout Instrument air to North Loadout #4 | | | | | | | | | | | |
| 31 | North Loadout Rail Track Switch (East end of Plant) | | | | | | | | | | | |
| 32 | North Loadout Rail Track Switch (West end of Plant) | | | | | | | | | | | |

CONFIDENTIAL

CPCHEM000068

ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | 1 Pt. Maint. | Con. Maint. | | |
| N/A | ELECTRICAL LOW ENERGY | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 33. | LSL 93606; N LO; PLC 2KC; FUSE 93; DWG. IE-452 | 078455 | | | | N | KAL | | P2 | | | |
| 34. | WSH 93636; N LO; PLC 2KC; FUSE 100; DWG. IE-152 | 078457 | | | | N | KAL | | P2 | | | |
| 35. | YL 93663A; N THRGH ST. PL; 2KB; FUSE 314; DWG. IE-450 | 078461 | | | | N | KAL | | P2 | | | |
| 36. | YL 93663C; S DVRTST; PLC 2KB; FUSE 315 DWG. IE-130 | 078468 | | | | N | KAL | | P2 | | | |
| 37. | YL 93326; N DVRT LC PNL; PLC2K; FUSE 316; DWG. IE-450 | 078469 | | | | N | KAL | | P2 | | | |
| 38. | N. H/C PURGE START; PLC 2KB; FUSE 369A; DWG. IE-472 | 078470 | | | | N | KAL | | P2 | | | |
| 39. | YL99973; N DRY CYCL; PLC 2KB; FUSE 44B; DWG. IE-416. | 078471 | | | | N | KAL | | P2 | | | |
| 40. | YA 93031 N PLT WGH; PLC22KK; FUSE 505; DWG. IE-107 | 078472 | | | | N | KAL | | P2 | | | |
| 41. | YL 93664A; S THRGH; PLC 22KB; FUSE 314; DWG. IE-30 | 078473 | | | | N | KAL | | P2 | | | |
| 42. | YL 93664C; N THRGH; PLC 22KB; FUSE 315; DWG. IE-100 | 078474 | | | | N | KAL | | P2 | | | |
| 43. | YL 99330; S. TRNS; PLC 22K; FUSE 316 | 078477 | | | | N | KAL | | P2 | | | |
| 44. | LSH 58373; Cyclone; PLC 2KA; Fuse 246; IE-457 | 078495 | N/A | N/A | N/A | Y | KAL | N/A | N/A | N/A | N/A | N/A |
| 45. | PSL 96722; WT/LO; CAB. I; UGN 2; NODE ; WOD. I; FUSE 3; DWG. ILD | 078494 | | | | N | KAL | | P2 | | | N/A |
| 46. | 2SC 93935; M. L/O DSCH VLV; PLC 2KG; FUSE 1R2; DWG. IE-192. | N/A | N/A | N/A | N/A | Y | KAL | N/A | N/A | N/A | N/A | N/A |
| 47. | WT 93036; HPR A WT; PLC 2KG; FUSE 010; DWG. IE-474 | | | | | | | | | | | |

Page: # of 10

CONFIDENTIAL
CPCHEM000069

Duplicate of 33

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial [Includes (a) below] | | | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] [Includes (a) below] | Initial for Verification [Includes (a) below] | | | ✓ If Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Lock Out Tag Installed | Isolation Lock Installed | Date Installed | | | Ops. | CPC Maint. | Con. Maint. | | |
| 48 | LSL 95686; N. L/O LL; PLC 2KA; FUSE 93; DWG. IE-152 | | N/A | N/A | N/A | N | KAL | | P2 | | ✓ | |
| 49 | 95-02; N. L/O PANEL; IP2-LO; CKT. 15; DWG. E-447 | 12142 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 50 | 95-02; N. L/O PANEL; IP2-LO; CKT. 14; DWG. E-447 | 12110 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 51 | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 1; DWG. E-447 | 12120 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 52 | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 2; DWG. E-447 | 12130 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 53 | PLC 1; N. L/O; PANEL IP-1-LO; CKT. 3; DWG. E-447 | 12123 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 54 | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 7; DWG. E-447 | 12125 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 55 | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 8; DWG. E-447 | 12124 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 56 | PLC 3; FLUFF; PANEL IP-1-LO; CKT. 9; DWG. E-447 | 12126 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | ✓ | |
| 57 | SSL-93533; FLUFF L/O; PANEL IP-2-LO; CKT. 9; DWG. E-447 | 12111 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | ✓ | |
| 58 | 95-02; N. L/O IMPACTOR; PANEL IP-2-LO; CKT. 13; DWG. E-447 | 12117 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | ✓ | |
| 59 | 95-02; N. L/O PANEL; PANEL IP-2-LO; CKT. 15; DWG. E-447 | WILLROBY | N/A | N/A | · | N | KAL | | P2 | | ✓ | |
| 60 | CP-1; CNTRL PWR; PANEL IP-2-LO; CKT. 2; DWG. E-447 | 12109 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |
| 61 | CP-1; CNTRL PWR; PANEL IP-2-LO; CKT. 4; DWG. E-447 | 12115 | 8.0 | 8.0 | 10-1-14 | N | KAL | 8.0 | P2 | | | |

**Isolated Equipment:   IL#42   Pellet Transfer and Loadout**

CONFIDENTIAL

CPCHEM000070

## ISOLATION LIST #42

| NO. | Location of Lock or Tagout Tag on Equipment | Ops. Lock or Tagout # | Operator's Initial Lock Out Installed | Operator's Initial Isolation Lock Installed | Date Installed | 50 V or Less Instr. (Y/N) | Electrical De-Energized & Verified By [Initial] | Ops. | CPC Maint. | Con. Maint. | Verification Tag Installed | Date Lock / Tag Removed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62. | CP-3; CNTRL PWR; PANEL | 2114 | | | 10-1-14 | N | KAL | | 82 | | | |
| 63. | IP-2-LO; CKT. 6; DWG. E-441 | | | | | | | | | | | |
| | CP-3; CNTRL PWR; PANEL | 2118 | | | 10-1-14 | N | KAL | | 82 | | | |
| | IP-2-LO; CKT. 8; DWG. E-441 | | | | | | | | | | | |
| 64. | CP-4; CNTRL PWR; PANEL | 2116 | | | 10-1-14 | N | KAL | | 82 | | | |
| | IP-3-LO; CKT. 10; DWG. E-442 | | | | | | | | | | | |
| 65. | 96-02; N. L/O PANEL; PANEL | | | | | | | | | | ✓ | |
| | IP-2-LO; CKT. 14; DWG. E-442 | | | | | | | | | | | |
| 66. | WC SPOT LIGHTS; ABOVE | 2119 | | | 10-1-14 | N | KAL | | 82 | | | |
| | 72.6 FT.; PANEL LP-1-LO; | | | | | | | | | | | |
| | CKT. 6; DWG. E-441 | | | | | | | | | | | |
| 67. | WC RECEPTACLES; ABOVE | 2120 | | | 10-1-14 | N | KAL | | 82 | | | |
| | 72.6 FT.; PANEL LP-1-LO; | | | | | | | | | | | |
| | CKT. 10; DWG. E-441 | | | | | | | | | | | |
| 68. | WC RECEPTACLES; ABOVE | 2122 | | | 10-1-14 | N | KAL | | 82 | | | |
| | 72.2 FT.; PANEL LP-1-LO; | | | | | | | | | | | |
| | CKT. 18; DWG. E-441 | | | | | | | | | | | |

Isolated Equipment:   IL #42 Pellet Transfer and Loadout

CONFIDENTIAL

CPCHEM000071