United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SHERWIN T. WRIGHT, | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-15-2363 |
| | § | |
| CHEVRON PHILLIPS CHEMICAL CO., LP, | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

In accordance with the summary judgment opinion and order issued this day, it is hereby

ORDERED that plaintiff's claims against defendant are dismissed in their entirety with prejudice. Each party will pay its own costs and fees.

This is a final judgment.

Signed at Houston, Texas on September 12, 2017.

*/s/ Stephen Wm Smith*
Stephen Wm Smith
United States Magistrate Judge